### CASHION v. STATE.
No. 26898.

Court of Criminal Appeals of Texas.

March 24, 1954.

### CASHION v. STATE.
No. 26899.

Court of Criminal Appeals of Texas.

March 24, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant was convicted as a second offender for violating the liquor law in Lamar County, and his penalty was assessed at a fine of $400.

The complaint and information, as well as all other matters of procedure appear regular. The record is before us without a statement of facts or bills of exception. In the absence thereof nothing is presented for review.

The judgment of the trial court is affirmed.